```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 17018
   DARNELL PETTIS
   KIMMY L CLARK PETTIS                         CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-6316     SSN XXX-XX-9508


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/22/2006 and was confirmed 03/07/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/12/2007.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
HOMECOMINGS FINANCIAL     CURRENT MORTG          .00            .00            .00
HOMECOMINGS FINANCIAL     MORTGAGE ARRE          .00            .00            .00
CHICAGO FIREMANS ASSOC C  SECURED VEHIC    17770.44         214.05        2712.94
CHICAGO FIREMANS ASSOC C  UNSECURED        NOT FILED           .00            .00
DUTTON & DUTTON           NOTICE ONLY      NOT FILED           .00            .00
FORD MOTOR CREDIT CORPOR  SECURED VEHIC    18386.61         294.92        3580.13
FORD MOTOR CREDIT CORPOR  UNSECURED        NOT FILED           .00            .00
WFNNB/ HARLEM FURNITURE   SECURED            850.00            .00          70.84
WFNNB/ HARLEM FURNITURE   UNSECURED        NOT FILED           .00            .00
ALLIED INTERSTATE         NOTICE ONLY      NOT FILED           .00            .00
AMERICAN GENERAL FINANCE  UNSECURED        NOT FILED           .00            .00
AMERICAN ONLINE           UNSECURED        NOT FILED           .00            .00
ANNETTE M FEMHOLZ         UNSECURED        NOT FILED           .00            .00
APPLIED CREDIT BANK       UNSECURED        NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         1920.04            .00            .00
AT&T WIRELESS             UNSECURED          931.24            .00            .00
BALLYS TOTAL FITNESS      UNSECURED        NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED         8607.95            .00            .00
BLATT HASENMILLER LEIBSK  UNSECURED        NOT FILED           .00            .00
CAPITAL ONE               UNSECURED         7677.09            .00            .00
AT & T WIRELESS           UNSECURED        NOT FILED           .00            .00
CITI CARDS                UNSECURED        NOT FILED           .00            .00
CITICORP                  UNSECURED        NOT FILED           .00            .00
CITIFINANCIAL SERVICES    SECURED NOT I     8334.67            .00            .00
CLIENT SERVICES INC       NOTICE ONLY      NOT FILED           .00            .00
CROSS COUNTRY BANK        UNSECURED        NOT FILED           .00            .00
DOMINIQUE COLLINS-ROSS    UNSECURED        NOT FILED           .00            .00
CINGULAR                  NOTICE ONLY      NOT FILED           .00            .00
EVANS & EVANS             UNSECURED        NOT FILED           .00            .00
FLEET CREDIT CARD SERVIC  UNSECURED        NOT FILED           .00            .00
GE MONEY BANK             UNSECURED        NOT FILED           .00            .00
GEMB/JC PENNEY            UNSECURED        NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 17018 DARNELL PETTIS & KIMMY L CLARK PETTIS
```

```
PEOPLES GAS                 UNSECURED      NOT FILED          .00          .00
COMMONWEALTH EDISON         UNSECURED      NOT FILED          .00          .00
HSBC NV                     UNSECURED      NOT FILED          .00          .00
UNIV OF CHGO PHYSICIAN G    NOTICE ONLY    NOT FILED          .00          .00
JOHN LEE JACKSON            NOTICE ONLY    NOT FILED          .00          .00
KOHLS                       UNSECURED        349.61           .00          .00
JEFFERY M LEVIN             UNSECURED      NOT FILED          .00          .00
LTD FINANCIAL SERVICES      NOTICE ONLY    NOT FILED          .00          .00
MCI                         UNSECURED      NOT FILED          .00          .00
NCO FINANCIAL SYSTEMS       NOTICE ONLY    NOT FILED          .00          .00
AT&T                        NOTICE ONLY    NOT FILED          .00          .00
MCI COMMUNICATIONS          NOTICE ONLY    NOT FILED          .00          .00
MCI                         NOTICE ONLY    NOT FILED          .00          .00
PROVIDIAN                   UNSECURED      NOT FILED          .00          .00
CITIFINANCIAL               NOTICE ONLY    NOT FILED          .00          .00
LVNV FUNDING LLC            UNSECURED        600.63           .00          .00
PARK MANAGEMENT & INVEST    UNSECURED      NOT FILED          .00          .00
SUPERIOR ASSET INC          NOTICE ONLY    NOT FILED          .00          .00
THE HOME DEPOT/ CBUSA       UNSECURED      NOT FILED          .00          .00
TRUE LOGIC FINANCIAL COR    NOTICE ONLY    NOT FILED          .00          .00
UNIVERSITY OF CHICAGO HO    UNSECURED      NOT FILED          .00          .00
UNIVERSITY OF CHICAGO PH    UNSECURED      NOT FILED          .00          .00
UNIVERSITY OF CHICAGO       UNSECURED      NOT FILED          .00          .00
VAN RU CREDIT CORPORATIO    NOTICE ONLY    NOT FILED          .00          .00
VERIZON WIRELESS            UNSECURED       1316.33           .00          .00
VERIZON WIRELESS            UNSECURED      NOT FILED          .00          .00
CHICAGO FIREMANS ASSOC C    SECURED VEHIC   1558.95           .00       129.90
CITY OF CHICAGO PARKING     UNSECURED        680.00           .00          .00
KIMMY CLARK PETTIS          PRIORITY       NOT FILED          .00          .00
ROUNDUP FUNDING LLC         FILED LATE       648.90           .00          .00
LEGAL HELPERS PC            DEBTOR ATTY     2,100.00                    364.59
TOM VAUGHN                  TRUSTEE                                      471.63
DEBTOR REFUND               REFUND                                          .00

         Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                  7,839.00

PRIORITY                                              .00
SECURED                                          6,493.81
    INTEREST                                       508.97
UNSECURED                                             .00
ADMINISTRATIVE                                     364.59
TRUSTEE COMPENSATION                               471.63
DEBTOR REFUND                                         .00
                        ---------------     ---------------
TOTALS                   7,839.00                7,839.00

              PAGE  2 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 17018 DARNELL PETTIS & KIMMY L CLARK PETTIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE